UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TOMMY HARRIS,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>DURHAM ENTERPRISES, INC., and DON DURHAM,<br><br>    Defendants/Crossclaim Plaintiff/<br>    Crossclaim Defendants,<br><br>and<br><br>LIBERTY MUTUAL INSURANCE COMPANY,<br><br>    Defendant/Crossclaim Defendant<br><br>and<br><br>OHIO SECURITY INSURANCE COMPANY,<br><br>    Defendant/Counterplaintiff/Crossclaim<br>    Plaintiff/Crossclaim Defendant,<br><br>and<br><br>OHIO CASUALTY INSURANCE COMPANY,<br><br>    Intervenor Defendant/Counterplaintiff/<br>    Crossclaim Plaintiff | Case No. 20-cv-72-JPG |

**MEMORANDUM AND ORDER**

    This matter comes before the Court on the motion to clarify and/or modify the schedule in this case filed by Liberty Mutual Insurance Company, Ohio Security Insurance Company, and The Ohio Casualty Insurance Company (Doc. 81), and the motion to continue the discovery dispute conference currently set for March 23, 2021, filed by Durham Enterprises, Inc., and Don Durham (Doc. 80).

2

The Court **GRANTS** the motion to clarify (Doc. 81) and **VACATES** the dispositive motion deadline, final pretrial conference date, and trial date.  These deadlines/dates will be reset at the discovery dispute conference.

Understanding that trial schedules are to some degree fluid, the Court **DENIES** the motion to continue (Doc. 80) with leave to refile closer to the discovery dispute conference in this case.

**IT IS SO ORDERED.**
**DATED:  February 12, 2021**

                                            s/ J. Phil Gilbert
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**