# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| TOMMY HARRIS, | ) | |
|     Plaintiff/Counterclaim Defendant, | ) ) ) | |
| v. | ) ) | No. 3:20-cv-00072-JPG |
| DURHAM ENTERPRISES, INC. and DON DURHAM, | ) ) ) ) | Honorable J. Phil Gilbert<br><br>CJRA Track: B |
|     Defendants/Crossclaim Plaintiffs/<br>    Crossclaim Defendants, | ) ) ) | |
| and | ) ) | |
| LIBERTY MUTUAL INSURANCE COMPANY, | ) ) | |
|     Defendant/Crossclaim Defendant, | ) ) | |
| and | ) ) | |
| OHIO SECURITY INSURANCE COMPANY, | ) ) | |
|     Defendant/Counterclaim Plaintiff/<br>    Crossclaim Plaintiff/<br>    Crossclaim Defendant, | ) ) ) ) | |
| and | ) ) | |
| OHIO CASUALTY INSURANCE COMPANY, | ) ) ) | |
|     Intervenor Defendant/Crossclaim<br>    Plaintiff/Counterclaim Plaintiff. | ) ) | |

## DURHAM ENTERPRISES, INC. AND DON DURHAM'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Defendants, Durham Enterprises, Inc. and Don Durham's, by and through its undersigned attorney, and for their Motion for Partial Summary Judgment, made pursuant to Rule 56 of the Federal Rule of Civil Procedure, state:

1. This Honorable Court has directed the parties to file partial motions for summary judgment as to the issue of whether Liberty Mutual Insurance Company and Ohio Security Insurance Company had a duty to defend the Durham Defendants against the claims of Plaintiff.

2. Tommy Harris has brought this lawsuit seeking to have his judgment entered by the Circuit Court Twentieth Judicial Circuit St. Clair County's Judgment against Liberty Mutual Insurance Company, Ohio Security Insurance Company and Ohio Casualty Insurance Company enforceable against the Defendant Insurers.

3. The Durham Defendants state there remains no disputed material of facts between the parties as to the issue of the duty to defend and the Durham Defendants are entitled to summary judgment as a matter of law.

4. Further the Judgment entered by the Circuit Court Twentieth Judicial Circuit St. Clair County and its necessary findings collaterally estop the Insurer Defendants from relitigating those issues decided.

WHEREFORE, Defendants, Durham Enterprises, Inc. and Don Durham, requests the Court to enter an Order finding that there are no genuine issues of material fact between the parties as to the duty to defend and the Durham Defendants are entitled to an Order of partial summary judgment in their favor as a matter of law and for such other relief as the Court deems just, including its cost of suit.

Respectfully submitted,

LAW OFFICES OF TED F. FRAPOLLI

By: /s/ Ted Frapolli
    Ted F. Frapolli, #6311630
    1714 Deer Tracks Trail, Suite 200
    St. Louis, MO 63131
    314-993-4261 phone
    314-993-3367 fax
    ted@tffrapollilaw.com
    **Attorney for Defendants Don Durham and Durham Enterprises, Inc.**

## CERTIFICATE OF SERVICE

  I, Ted F. Frapolli, an attorney, hereby certify that, on July 2, 2021, I caused a true and complete copy of the foregoing Defendants Durham Enterprises, Inc. and Don Durham's Motion for Partial Summary Judgment to be electronically filed via the Court's ECF system and served upon the following counsel of record via Electronic Mail:

Samantha Unsell
KEEFE, KEEFE & UNSELL, P.C.
#6 Executive Woods Court
Belleville, IL 62226
Telephone: 618-236-2221
Fax: 618-236-2194
Email: ashley@tqkeefe.com
   samunsell@gmail.com

*Attorneys for Plaintiff Tommy Harris*

Matthew O. Sitzer
Matthew C. Wolfe
Peter F. O'Neill
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, IL 60606
Phone: 312-704-7700
Fax: 312-558-1195
msitzer@shb.com
mwolfe@shb.com
pfoneill@shb.com

*Attorneys for Defendant Ohio Security Insurance Company and Liberty Mutual*

           /S/ Ted Frapolli
           Ted F. Frapolli